**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALI BEY, | Civil Action No. 13-cv-2572(SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| DETECTIVE J. KERIK, et al., | |
| Defendants. | April 16, 2016 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on April 1, 2016 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff's case be dismissed without prejudice. Plaintiff did not file an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 52) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
    Magistrate Judge Wettre